

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00140-CV

IN RE THOMAS FRACARO                                              RELATOR

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.[2]

PER CURIAM

PANEL:  MCCOY, GARDNER, and WALKER, JJ.

DELIVERED:  April 30, 2013

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]We note that there may still be another avenue of relief for relator.  *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West 2005 & Supp. 2012); *Ex parte Thiles*, 333 S.W.3d 148, 152–53 (Tex. Crim. App. 2011).